IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HOSSAM ELDIN ABOU NOFAL,                  §
                                          §
           Petitioner,                    §
                                          §
v.                                        §          1:25-CV-2027-RP
                                          §
SYLVESTER M. ORTEGA, *Field Office Director*  §
*of Enforcement and Removal Operations, San Antonio*  §
*Field Office, Immigrations and Customs*  §
*Enforcement*, et al.                     §
                                          §
           Respondents.                   §

## ORDER

**IT IS ORDERED** that the referral of this case to the United States Magistrate Judge Mark

Lane, (Dkt. 3), is **VACATED** and that this matter be returned to the docket of the District Court

Judge Robert Pitman.

       **SIGNED** on December 16, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE