IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOSSAM ELDIN ABOU NOFAL, § § Petitioner, § § v. § § SYLVESTER M. ORTEGA, *Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigrations and Customs Enforcement*, et al. § § § § § Respondents. § | | 1:25-CV-2027-RP |

## **ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (Dkt. 1). Petitioner has paid the $5.00 filling fee required to bring such an action. (*Id.*). Petitioner challenges his unlawful and prolonged detention after being detained on June 19, 2025, for the purpose of executing his removal order from February 16, 1993. (*Id.* at 2, 4). Petitioner is currently confined in T. Don Hutto Detention Center in Taylor, Texas. (*Id.* at 2). After consideration, Respondents are ordered to file a responsive pleading.

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas with copies of the Petition for Writ of Habeas Corpus, (Dkt. 1), and this Order, and such delivery by certified mail return receipt requested will constitute sufficient service of process on the Federal Government Respondents.

2. The Clerk of Court shall serve Respondent Charlotte Collins, Warden of T. Don Hutto Detention Center, with copies of the Petition for Writ of Habeas Corpus, (Dkt. 1), and this Order, and such delivery by certified mail return receipt requested will constitute sufficient service of process.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other response to the Petition for Writ of Habeas Corpus within **thirty (30) days** from the date of service.

**IT IS FINALLY ORDERED** that Petitioner shall file a reply to any response filed by Respondents within **thirty (30) days** from the date such motion is filed. Once the reply has been filed or the time to do so has elapsed, the undersigned will determine and direct any further proceedings in this matter.

**SIGNED** on December 17, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE