# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Hossam Eldin Abou Nofal | § | |
| | § | CIVIL NO: |
| vs. | § | AU:25-CV-02027-RP |
| | § | |
| Sylvester Ortega, et al | § | |

## ORDER SETTING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON PETITION FOR WRIT OF HABEAS CORPUS** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, March 04, 2026 at 04:30 PM**.

IT IS SO ORDERED this 17th day of February, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE