UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Hossam Eldin Abou Nofal | § |
| | § CIVIL NO: |
| vs. | § AU:25-CV-02027-RP |
| | § |
| Sylvester Ortega, e al | § |

## ORDER RESETTING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **HEARING ON PETITION FOR WRIT OF HABEAS CORPUS** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, March 05, 2026 at 10:30 AM**.

IT IS SO ORDERED this 27th day of February, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE