UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Hossam Eldin Abou Nofal | § |
| | §   CIVIL NO: |
| vs. | §   AU:25-CV-02027-RP |
| | § |
| Sylvester Ortega, Kristi Noem, Pamela Bondi, Charlotte Collins, Department Of Homeland Security, Executive Office For Immigration Review | § |

## ORDER CANCELLING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **HEARING ON PETITION FOR WRIT OF HABEAS CORPUS** on **Thursday, March 05, 2026 at 10:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 4th day of March, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE