IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOSSAM ELDIN ABOU NOFAL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:25-cv-2027-RP |
| | § | |
| SYLVESTER ORTEGA, *in his official capacity* | § | |
| *as Field Office Director of Enforcement and* | § | |
| *Removal Operations, San Antonio Field Office,* | § | |
| *Immigrations and Customs Enforcement*, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On March 4, 2026, the parties filed a Joint Motion to Dismiss stating that Petitioner was released from custody that day. (Dkt. 15). The parties further stated that "[s]ince Petitioner has obtained the relief sought by habeas corpus, Respondents and Petitioner jointly file this motion to dismiss." (*Id.* at 1).

Accordingly, **IT IS ORDERED** that Petitioner's habeas petition, (Dkt. 1), is **MOOT**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 5, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE